741 A.2d 599

IN THE MATTER OF FRANCIS A. BOCK,
AN ATTORNEY AT LAW.

December 21, 1999.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **FRANCIS A. BOCK** of **MORRISTOWN,** who was admitted to the bar of this State in 1959, and who was suspended from the practice of law for a period of six months effective July 20, 1992, by Order of this Court dated June 26, 1992, be restored to the practice of law, effective immediately.

741 A.2d 599

IN THE MATTER OF NORMAN J. CHIDIAC,
AN ATTORNEY AT LAW.

December 22, 1999.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **NORMAN J. CHIDIAC** of **CLIFTON,** who was admitted to the bar of this State in 1970, and who was suspended from the practice of law for a period of six months effective April 19, 1999, by Order of this Court dated March 23, 1999, be restored to the practice of law, effective immediately.